```
                    FILED
              CLERK, U.S. DISTRICT COURT

                  FEB - 7 2008

              CENTRAL DISTRICT OF CALIFORNIA
              BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 04-1541-GHK |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Juan Manuel Ruiz Santiago ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's failure to attempt to meet his burden

1  under § 3143 (a)

2

3

4  and/or

5  B.  [X]  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: defendant's failure to attempt to meet his burden
10  under § 3143 (a)

11

12

13

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16

17  Dated: February 7, 2008

18

19  /s/ Jeffrey W. Johnson
    JEFFREY W. JOHNSON
20  UNITED STATES MAGISTRATE JUDGE

2